1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11   CALEB BRONSON,                          1:24-cv-00833-EPG (PC)

12                  Plaintiff,

13        v.                                 ORDER TRANSFERRING CASE TO THE
                                             SACRAMENTO DIVISION OF THE
14   JEFF DIRKSE,                            EASTERN DISTRICT OF CALIFORNIA

15                  Defendant.

16

17
          Plaintiff, an inmate proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C.
18
     § 1983, together with a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF
19
     Nos. 1, 2).
20
          In his complaint, Plaintiff alleges violations that took place in Stanislaus County, which is
21
     part of the Sacramento Division of the United States District Court for the Eastern District of
22
     California. *See* Local Rule 120(d). Therefore, the complaint should have been filed in the
23
     Sacramento Division.
24
          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
25
     court may, on the court's own motion, be transferred to the proper court. Therefore, this action
26
     will be transferred to the Sacramento Division. The Court will not rule on Plaintiff's request to
27
     proceed *in forma pauperis*. (ECF No. 2).
28
     \\\

                                              1

Accordingly, IT IS ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   __July 19, 2024__                    /s/ _Erica P. Grosjean_
                                             UNITED STATES MAGISTRATE JUDGE

2